996 A.2d 488

Frederick EVANS, Appellant

v.

COMMONWEALTH of Pennsylvania, Pennsylvania DEPART-MENT OF CORRECTIONS, Secretary Jeffrey A. Beard; Superintendent David D. Diguglielmo, State Correctional Institution at Graterford; Tom Rowlands, Records Supervisor at State Correctional Institution at Graterford; A. Scott Williamson, Deputy Superintendent, State Correctional Institution at Graterford, Appellees.

Supreme Court of Pennsylvania.

June 23, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of June, 2010, Appellees' Motion to Strike/Preclude Certain Items Listed in Designation of Contents of Reproduced Record is **GRANTED,** and the order of the Commonwealth Court dated June 12, 2009, in the above matter, is **AFFIRMED.**